# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138018

RODNEY HOOVER and MAXINE HOOVER,
Conservators of the Estate of MICHAEL
HOOVER, a Developmentally Disabled Person,
      Plaintiffs-Appellants,

v

                             SC: 138018
                             COA: 278237
MICHIGAN MUTUAL INSURANCE          Genesee CC: 86-085769-NZ
COMPANY, a/k/a AMERISURE,
      Defendant-Appellee.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2010

_____
Clerk

p0112